AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Eric Owen | ) Case No. 2:20-MJ-1324 |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 3, 2020__ in the county of __Nueces__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C., 841 (a) (1) | Knowingly, intentionally and unlawfully possess with the intent to distribute a controlled substance in Schedule II of the Controlled Substance Act of 1970, to wit: 332 grams, approximate gross weight, of methamphetamine. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

*Complainant's signature*

Eric Hemping, DEA TFO
*Printed name and title*

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed. R. Crim. P. 4.1. And probable Cause found:

*Judge's signature*

Date: __July 5, 2020__

City and state: __Corpus Christi, Texas__

Jason B Libby, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT "A"

OWEN, ERIC

On March 24, 2020, an investigation was initiated into a suspected methamphetamine drug trafficking organization in the city of Corpus Christi. During the course of the investigation intelligence was gained which indicated that the occupant or occupants of Eric OWENs residence, Corpus Christi, Texas, were involved in drug trafficking and distribution of methamphetamine.

On June 24, 2020, Agents from the Drug Enforcement Administration presented probable cause to search the residence of Eric Owen, Corpus Christi, Texas. U.S. Magistrate Julie Hampton signed a search warrant for Eric OWENs residence, Corpus Christi, Texas.

On July 3, 2020, members of the Drug Enforcement (DEA), Houston Field Division (HFD), Corpus Christi Resident Office (CCRO), HIDTA Enforcement Group 1, and Nueces County Sheriffs K-9 Unit executed a Federal Search Warrant at the residence of Eric OWEN, Corpus Christi, Texas.

Eric OWEN and his girlfriend were located in the residence during the execution of the warrant and were detained at the location. Nueces County K-9 handler and his K-9 performed a sweep of the residence where the K-9 alerted at multiple locations within the residence.

During the search of the residence Agents located approximately 100.7 grams of suspected methamphetamine concealed in a music speaker located in the front bedroom of the residence.

Additionally Agents located approximately 232.1 grams of suspected methamphetamine concealed in a vacuum cleaner located in the kitchen of the residence.

Agents also located large amounts of U.S. Currency concealed in a large tool box in the living room area of the residence. Due to the quantity of U.S. Currency and the concealed location Agents believe it to be proceeds of a criminal organization directly tied to Narcotics Trafficking.

Agents gained information from the girlfriend of OWEN indicating that additional bundles of cash were located at her residence but that the money belonged to OWEN. Agents accompanied the

girlfriend to her residence and retrieved the additional bundles of cash (U.S. Currency). Agents believed the bundles of U.S. currency were also proceeds of a criminal organization directly tied to Narcotics Trafficking.

Eric OWEN was advised of his Miranda Warning and declined to make any statements to Agents.

The suspected Methamphetamine and U.S. Currency were seized.

Eric OWEN was arrested and transported to Coastal Bend Detention Center.

Eric Hemping,
Task Force Officer, DEA

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P 4.1., and probable cause found:

Date: July 5, 2020
City and State: Corpus Christi, Texas

Jason B Libby, U.S. Magistrate Judge